**Fill in this information to identify your case:**

Debtor 1  Carlos Ricardo Fernandez
_____First Name_____Middle Name_____Last Name_____

Debtor 2  Evelyn Mansilla Fernandez
(Spouse, if filing) First Name_____Middle Name_____Last Name_____

United States Bankruptcy Court for the: Central District of California

Case number  1:20-bk-10089-MT
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name _____
Number    Street _____
_____
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

When was the debt incurred?    _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name _____
Number    Street _____
_____
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1  Carlos Ricardo Fernandez                                    Case number (if known) 1:20-bk-10089-MT
         First Name    Middle Name    Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                                    **Total claim**

**4.1** AMEX                                      Last 4 digits of account number  unknown            $   9,039.00
      Nonpriority Creditor's Name
      PO Box 297871                               When was the debt incurred?  01/01/2019
      Fort Lauderdale      FL      33329

                                                  As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
      Who incurred the debt? Check one.           ☐ Unliquidated
      ☐ Debtor 1 only                             ☐ Disputed
      ☐ Debtor 2 only
      ☒ Debtor 1 and Debtor 2 only                Type of NONPRIORITY unsecured claim:
      ☐ At least one of the debtors and another
                                                  ☐ Student loans
      ☒ Check if this claim is for a community debt
                                                  ☐ Obligations arising out of a separation agreement or divorce
      Is the claim subject to offset?                that you did not report as priority claims
      ☒ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
      ☐ Yes                                       ☒ Other. Specify  credit card

**4.2** Citi Cards                                Last 4 digits of account number  1 9 7 8            $   3,208.00
      Nonpriority Creditor's Name                 When was the debt incurred?  01/01/2019
      PO Box 78019
      Phoenix              AZ      85062
                                                  As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
      Who incurred the debt? Check one.           ☐ Unliquidated
      ☐ Debtor 1 only                             ☐ Disputed
      ☐ Debtor 2 only
      ☒ Debtor 1 and Debtor 2 only                Type of NONPRIORITY unsecured claim:
      ☐ At least one of the debtors and another
                                                  ☐ Student loans
      ☒ Check if this claim is for a community debt
                                                  ☐ Obligations arising out of a separation agreement or divorce
      Is the claim subject to offset?                that you did not report as priority claims
      ☒ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
      ☐ Yes                                       ☒ Other. Specify  credit card

**4.3** Lexus Financial Services                  Last 4 digits of account number  X 5 2 2            $   1,179.00
      Nonpriority Creditor's Name                 When was the debt incurred?  03/01/2016
      PO Box C 22202
      Owings Mills         MD      21117
                                                  As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
      Who incurred the debt? Check one.           ☐ Unliquidated
      ☐ Debtor 1 only                             ☐ Disputed
      ☐ Debtor 2 only
      ☒ Debtor 1 and Debtor 2 only                Type of NONPRIORITY unsecured claim:
      ☐ At least one of the debtors and another
                                                  ☐ Student loans
      ☒ Check if this claim is for a community debt
                                                  ☐ Obligations arising out of a separation agreement or divorce
      Is the claim subject to offset?                that you did not report as priority claims
      ☒ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
      ☐ Yes                                       ☒ Other. Specify  car lease

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 2 of 5

Debtor 1 Carlos Ricardo Fernandez                              Case number (if known) 1:20-bk-10089-MT

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.            Total claim

### 4.4

**LVNV Funding LLC**
Nonpriority Creditor's Name
PO Box 10587
Number   Street
Greenville         SC      29603
City              State    ZIP Code

Last 4 digits of account number  5 3 2 8          $ 5,597.00

When was the debt incurred? 03/01/2018

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

---

Nonpriority Creditor's Name
Number   Street
City              State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___          $ _____

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Nonpriority Creditor's Name
Number   Street
City              State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___          $ _____

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1    Carlos Ricardo Fernandez          Case number (if known) 1:20-bk-10089-MT
         First Name    Middle Name    Last Name

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Name:** Toyota Motor Credit
**Number Street:** PO Box 9786
**City:** Cedar Rapids    **State:** IA    **ZIP Code:** 52409

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number X 5 2 2

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 4 of 5

Debtor 1    Carlos Ricardo Fernandez                  Case number *(if known)* 1:20-bk-10089-MT
         First Name    Middle Name    Last Name

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. $ 0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $ 0.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. Total. Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. $ 0.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 19,023.00 |
|  | 6j. Total. Add lines 6f through 6i. | 6j. $ 19,023.00 |