**Fill in this information to identify your case:**

Debtor 1: Carlos Ricardo Fernandez
_First Name    Middle Name    Last Name_

Debtor 2: Evelyn Mansilla Fernandez
(Spouse, if filing) _First Name    Middle Name    Last Name_

United States Bankruptcy Court for the: Central District of California

Case number (If known): 1:20-bk-10089-MT

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes. In which community state or territory did you live? CA_____. Fill in the name and current address of that person.

   Carlos Ricardo Fernandez / Evelyn Mansilla Fernandez
   _Name of your spouse, former spouse, or legal equivalent_

   18622 Brasilia Dr.
   _Number    Street_

   Porter Ranch        CA        91326
   _City              State     ZIP Code_

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**        *Column 2:* **The creditor to whom you owe the debt**
                                        Check all schedules that apply:

   3.1 _____
       Name                             ☐ Schedule D, line _____
                                        ☐ Schedule E/F, line _____
       Number    Street                 ☐ Schedule G, line _____

       City    State    ZIP Code

   3.2 _____
       Name                             ☐ Schedule D, line _____
                                        ☐ Schedule E/F, line _____
       Number    Street                 ☐ Schedule G, line _____

       City    State    ZIP Code

   3.3 _____
       Name                             ☐ Schedule D, line _____
                                        ☐ Schedule E/F, line _____
       Number    Street                 ☐ Schedule G, line _____

       City    State    ZIP Code

Official Form 106H                Schedule H: Your Codebtors                page 1 of 1